# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135062

SUSAN ELAINE SLOTA,
　　　　　Plaintiff-Appellee,

v

JOHN LEO SLOTA,
　　　　　Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135062
COA: 269640
St. Clair CC: 02-002811-DO

　　　　On order of the Court, the application for leave to appeal the September 13, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

p0211